Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0779

Dora Streicher v. Cuong Vo (Appeal from St. Clair Circuit Court: CV-22-900024).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(C), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.